KDE:MSM/KCB
F. #2020R00194

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

       - against -

MILETA MILJANIC,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

(T. 18, U.S.C., § 922(g)(1))

No. 21-MJ-238

EASTERN DISTRICT OF NEW YORK, SS:

           WILLIAM DIONNE, being duly sworn, deposes and states that he is a Task Force Officer with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

           On or about February 23, 2021, within the Eastern District of New York, the defendant, MILETA MILJANIC, knowing that he had previously been convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a Taurus PT-22 LR semi-automatic pistol with serial number 43331Z.

           (Title 18, United States Code, Section 922(g)(1))

           The source of your deponent's information and the grounds for his belief are as follows:[1]

---

      [1]      Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.      I am a Task Force Officer with the Federal Bureau of Investigation ("FBI") and have been involved in the investigation of numerous cases involving firearms, among other crimes.   I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.   Unless specifically indicated, all conversations and statements described in this affidavit are related in sum and substance and in part only.

2.      Based on my participation in this investigation, including my conversations with other law enforcement officers and my review of law enforcement documents, I have learned the following, in substance and in part:

a.  On or about February 23, 2021, other law enforcement agents and I executed a search warrant at an apartment in Queens, New York (the "Apartment") that law enforcement had identified as the residence of the defendant MILETA MILJANIC.   Upon entry into the Apartment, law enforcement found MILJANIC and certain of MILJANIC's family members.

b.  During the course of the search, law enforcement found, in MILJANIC's bedroom (the "Bedroom"), a Taurus PT-22 LR semi-automatic pistol with serial number 43331Z (the "Firearm").   The Firearm was in the top drawer of the nightstand next to MILJANIC's bed and MILJANIC's cellphone was plugged into a charger on top of the nightstand.   Law enforcement agents also found MILJANIC's clothes inside the Bedroom.

c.  While in the Apartment but before being placed under arrest, MILJANIC admitted to law enforcement that the Firearm belonged to him.

3.      Based on my review of a criminal history report and Bureau of Prisons records pertaining to the defendant MILETA MILJANIC, I have learned, among other things, that in or about 1984, MILJANIC was convicted of wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2, and sentenced to three years' imprisonment.   I further know that MILJANIC served approximately 20 months in prison before being released on parole.

4.      Based on my review of communications with an agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, who is a certified firearms nexus expert, I have learned that the Firearm was manufactured outside of the State of New York.

WHEREFORE, your deponent respectfully requests that the defendant MILETA MILJANIC be dealt with according to law.

_____
WILLIAM DIONNE
Task Force Officer, Federal Bureau of Investigation

Sworn to before me this
23rd day of February, 2021

THE HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK