UNITED STATES DISTRICT COURT
EASTERB DISTRICT OF NEW YORK

|  |  |
|---|---|
|  | **NOTICE OF APPEARANCE** |
| **UNITED STATES OF AMERICA** | **DOCKET #:** 21 MJ 238 |
|  | **JUDGE/MAGISTRATE:** |
| v. | DATE: 2/23/2021 |
| **MILETA MILJANIC,** |  |
| **Defendant,** |  |

**PLEASE NOTICE**, that I have been retained by **MILETA MILJANIC,** the defendant in the above captioned case. I am admitted to practice in this District. I respectfully demand that all papers in this case be served upon me as indicated below.

*[signature]*
**Lawrence DiGiansante, Esq.**
**984 Morris Park Avenue**
**Bronx, NY 10462**
**(718) 822-0707 office**
**(718) 904-1010 fax**
**ldcrimlaw@optonline.net**